UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 99-273 MJD

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ABEL FLOREZ ROCHA, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 27 th day of March, 2006

s / Michael J. Davis
UNITED STATES JUDGE